No. 76–1722.  Higginbotham, Administratrix, et al. *v.* Mobil Oil Corp. et al.; and

No. 76–1725.  Long, Administratrix *v.* Bell Helicopter Co.  C. A. 5th Cir.  Certiorari denied.  Reported below: 545 F. 2d 422.

No. 76–1728.  Kowalik *v.* General Marine Transport Corp. et al.  C. A. 2d Cir.  Certiorari denied.

No. 76–1730.  Richardson *v.* Spahr et al.  C. A. 3d Cir.  Certiorari denied.

No. 76–1731.  Dyba *v.* United States.  C. A. 10th Cir.  Certiorari denied.

No. 76–1732.  Kalvar Corp. *v.* United States.  Ct. Cl.  Certiorari denied.

No. 76–1733.  Nabhan et al. *v.* Abdulla et al.  Ct. App. Mass.  Certiorari denied.

No. 76–1736.  Meyer *v.* Frank, Commissioner of Police of Nassau County, et al.  C. A. 2d Cir.  Certiorari denied.

No. 76–1740.  Midwest Hanger Co. et al. *v.* National Labor Relations Board.  C. A. 8th Cir.  Certiorari denied.

No. 76–1742.  Halterman *v.* Iowa.  Sup. Ct. Iowa.  Certiorari denied.

No. 76–1743.  Smith *v.* United States.  C. A. 10th Cir.  Certiorari denied.

No. 76–1744.  Barnett *v.* United States.  C. A. 6th Cir.  Certiorari denied.